IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WEBB,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____ | No. C 10-3274 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME TO COMPLETE IN FORMA PAUPERIS APPLICATION OR PAY THE FILING FEE; INSTRUCTIONS TO CLERK** |

Plaintiff, an inmate at the San Francisco County Jail, filed this pro se civil rights action pursuant to 42 U.S.C. § 1983. He has not paid the filing fee or filed a completed application to proceed in forma pauperis ("IFP"). He was given an extension of time to do so, but has written to the Court indicating that prison officials appear to have lost the portion of the IFP application, specifically the trust account forms, that they are required to complete. The Clerk shall mail to Plaintiff a new IFP form and instructions so that he may give them to jail officials for completion. Plaintiff is also granted a further extension of time, to and including **January 28, 2010**, in which to return a completed IFP application or pay the filing fee. His failure to do so will result in the dismissal of this action.

IT IS SO ORDERED.

DATED: December 23, 2010

*Jeffrey S. White*
_____
JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE | |
| NORTHERN DISTRICT OF CALIFORNIA | |

ANTHONY L. WEBB,

    Plaintiff,

 v.

S.F. CITY AND COUNTY et al,

    Defendant.
_____ /

Case Number: CV10-03274 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Webb
#2441557 #628330
850 Bryant Street
San Francisco, CA 94103

Dated: December 27, 2010

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk