IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY WEBB, | ) | No. C 10-3274 JSW (PR) |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL;** |
| | ) | **DENYING MOTION FOR** |
| v. | ) | **SUMMARY JUDGMENT** |
| | ) | |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

On December 23, 2010, the Court granted Plaintiff a second extension of time in which to complete his application to proceed in forma pauperis. A copy of the order was sent to Plaintiff at the address he provided to the Court, but on January 12, 2011, it was returned by the postal service as undeliverable with a notation that Plaintiff could was not located at that address. Local Rule 3.11 requires Plaintiff to notify the Court of any change in his address, and that his failure to do so within sixty days of a change of address will result in the dismissal of the action. As Plaintiff has not provided the Court with a correct address within sixty days of the date the mail was returned as undeliverable. Accordingly, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: March 24, 2011

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. WEBB,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>S.F. CITY AND COUNTY et al,<br><br>　　　　Defendant.　　　　　　／ | Case Number: CV10-03274 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 24, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anthony Webb
#2441557 #628330
850 Bryant Street
San Francisco, CA 94103

Dated: March 24, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk